# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| ELINOR KANNON, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> GOLDSTONE FINANCIAL GROUP, ) <br> MICHAEL PELLEGRINO and ) <br> ANTHONY PELLEGRINO, ) <br> ) <br> Defendants. ) | Case No.: 1:19-cv-06326 <br> Honorable John Robert Blakey |

## STIPULATION TO DISMISS

It is hereby stipulated and agreed by the undersigned counsel for the parties that this cause be dismissed without prejudice all matters in controversy having been settled and resolved, with the leave granted to Plaintiff to vacate the dismissal and reinstate this case in the event the payment provided for under the parties' Settlement Agreement has not been made within sixty (60) days of the date of this Stipulation. In the event the settlement payment is timely made, the parties will advise the Court and the dismissal will then be with prejudice.

**STIPULATED AND AGREED THIS 21st DAY OF JANUARY 2020:**

/s/Michael H. Moirano

Michael H. Moirano
**MOIRANO GORMAN KENNY, LLC**
135 S. LaSalle Street, Suite 2200
Chicago, Illinois 60603
(312) 614-1260

Robert Handley
**BURKE & HANDLEY**
799 Roosevelt Road, Bldg. 6, Suite 108
Glen Ellyn, Illinois 60137
(630) 852-9197

*Counsel for Plaintiff Elinor Kannon*

/s/ Colby A. Kingsbury

Colby A. Kingsbury
**FAEGRE BAKER DANIELS LLP**
311 South Wacker Drive, Suite 4400
Chicago, Illinois 60606
(312) 212-6500

*Counsel for Defendants Goldstone Financial Group, Michael Pellegrino and Anthony Pellegrino*